CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 11 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
DECEMBER 2019 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:19-cr-00024 |
| | ) | |
| | ) | **SEALED INDICTMENT** |
| v. | ) | |
| | ) | **In Violation of:** |
| | ) | |
| AMALIE SHAFFNER DERDEYN | ) | 21 U.S.C. § 843(a)(2) |
| | ) | |

## COUNTS ONE THROUGH THIRTY

The Grand Jury charges:

1. That on or about the dates below, in the Western District of Virginia, the defendant, AMALIE SHAFFNER DERDEYN, as principal and aider and abettor, did knowingly and intentionally use, and aid and abet the use of, a registration number issued to another person, to wit; the DEA registration number issued to the physicians listed below, for the purpose of acquiring and obtaining, and attempting to acquire and obtain, possession of meperidine (Demerol), a Schedule II controlled substance:

| Count | Date | Pharmacy | Drug | Quantity | Physician |
|---|---|---|---|---|---|
| 1 | 6/2/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | B.S. |
| 2 | 7/14/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 25 | B.S. |
| 3 | 7/25/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 25 | B.S. |
| 4 | 7/25/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 25 | B.S. |

1

| | | | | | |
|---|---|---|---|---|---|
| 5 | 8/1/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 25 | B.S. |
| 6 | 8/1/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 25 | B.S. |
| 7 | 8/4/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 25 | B.S. |
| 8 | 8/8/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | B.S. |
| 9 | 8/8/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | B.S. |
| 10 | 8/16/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | B.S. |
| 11 | 8/22/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 25 | H.P. |
| 12 | 8/22/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 25 | H.P. |
| 13 | 8/30/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | H.P. |
| 14 | 8/30/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 25 | H.P. |
| 15 | 10/7/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | H.P. |
| 16 | 10/7/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | H.P. |
| 17 | 10/12/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | D.L. |
| 18 | 10/12/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | D.L. |
| 19 | 10/17/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | H.P. |
| 20 | 10/17/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | H.P. |
| 21 | 10/24/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | H.P. |
| 22 | 10/24/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | H.P. |
| 23 | 10/27/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 75 | D.L. |
| 24 | 11/1/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | D.L. |

| 25 | 11/1/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | D.L. |
| 26 | 11/7/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | B.S. |
| 27 | 11/7/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | B.S. |
| 28 | 11/10/16 | Meadowbrook Pharmacy | Meperidine 50 mg/ml vial | 50 | D.L. |
| 29 | 11/10/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | D.L. |
| 30 | 11/16/16 | Meadowbrook Pharmacy | Meperidine 100 mg/ml vial | 50 | B.S. |

2. All in violation of Title 21, United States Code, Sections 843(a)(2) and 843(d)(1), and Title 18, United States Code, Section 2.

A TRUE BILL this __11__ day of December, 2019.

*Grand Jury Foreperson*
FOREPERSON

*Thomas T. Cullen* by/mwt
THOMAS T. CULLEN
UNITED STATES ATTORNEY

3